UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>Esmedia Baytoc Gummersa<br>        Defendant. | Case No. 2:12-mj-380-CWH<br><br>**ORDER RESCHEDULING HEARING** |

Due to a conflict on the Court's calendar,

**IT IS HEREBY ORDERED** that the Hearing re: Verification of Completion of Sentence currently set for Tuesday, January 8, 2013, is rescheduled to **Tuesday, February 5, 2013, at 1:30 p.m. in LV Courtroom 3C before Magistrate Judge C.W. Hoffman, Jr.**

DATED this ___19th___ day of November, 2012.

_____
C.W. HOFFMAN, JR.
United States Magistrate Judge