1  RENE L. VALLADARES
   Federal Public Defender
2  State Bar No. 11479
   HEIDI A. OJEDA
3  State Bar No. 12223
   Assistant Federal Public Defender
4  411 E. Bonneville Avenue, Suite 250
   Las Vegas, Nevada 89101
5  (702) 388-6577/Phone
   (702) 388-6261/Fax
6

7  Attorneys for Esmedia Baytoc Gummerson

8
                    UNITED STATES DISTRICT COURT
9
                         DISTRICT OF NEVADA
10
                              * * *
11
   UNITED STATES OF AMERICA,            2:12-mj-00380-CWH
12
                    Plaintiff,          **STIPULATION TO QUASH WARRANT
                                        AND CONVERT CLASSES TO
13                                      COMMUNITY SERVICE**
   vs.                                  (First Request)
14
   ESMEDIA BAYTOC GUMMERSON,
15
                    Defendant.
16

17          IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United

18 States Attorney, and Nadia J. Ahmed, Assistant United States Attorney, counsel for the United States

19 of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal

20 Public Defender, counsel for defendant ESMEDIA BAYTOC GUMMERSON,  that the bench

21 warrant issued on December 17, 2013, be quashed, that Mrs. Gummerson's course obligations be

22 convert to community service and that this matter be set for a status hearing now sooner than sixty

23 (60) days.

24          This Stipulation is entered into for the following reasons:

25          1. Mrs. Gummerson has been unemployed and struggling financially for several years.

26 Undersigned has been unable to remain in contact with her due to her frequently changing residences

27 and her inability to afford her monthly cell phone bill. In addition to her unemployment and strained

28 / / /

finances, her husband is seriously ill and unable to work or preform his activity of daily life without the assistance of Mrs. Gummerson.

2. Mrs. Gummerson recently was able to obtain a phone number and a permanent mailing box.  She has contacted the undersigned and explained that although she is still unemployed, she has reached some stability in her life and would like to resolve the outstanding warrant and the remaining obligations of her case.

3.Based upon Mrs. Gummerson's initiative in contacting the undersigned and her desire to resolve this case, the parties request that the bench warrant issued in this case be quashed.

4. The only outstanding obligations are a $10 penalty assessment and completion of the DUI and VIP classes.  Given Mrs. Gummerson's personal situation, the parties request that this Court waive the $10 penalty assessment and convert the DUI and VIP course obligations to 50 hours of community service.  This conversion will allows Mrs. Gummerson to be able to complete the obligations of the Court without imposing a significant financial obligation on her and her husband (the combined total of the courses is at least $150.00).

5. The parties further request that this Court set this matter for status check within 60 days to allow Mrs. Gummerson time to complete the 50 hours of community service.

This is the first request to quash warrant and convert classes to community service.

DATED this 6th day of May, 2015.


RENE L. VALLADARES                          DANIEL G. BOGDEN
Federal Public Defender                        United States of America


/s/ Heidi A. Ojeda                                /s/ Nadia Janjua Ahmed

By:_____        By:_____
HEIDI A. OJEDA                                NADIA JANJUA AHMED
Assistant Federal Public Defender         Assistant United States Attorney
Counsel for Esmedia Baytoc Gummerson   Counsel for the Plaintiff

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ESMEDIA BAYTOC GUMMERSON,

Defendant.

Case No.: 2:12-mj-00380-CWH

**FINDINGS OF FACT, AND ORDER**

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Mrs. Gummerson has been unemployed and struggling financially for several years. Undersigned has been unable to remain in contact with her due to her frequently changing residences and her inability to afford her monthly cell phone bill. In addition to her unemployment and strained finances, her husband is seriously ill and unable to work or preform his activity of daily life without the assistance of Mrs. Gummerson.

2. Mrs. Gummerson recently was able to obtain a phone number and a permanent mailing box.  She has contacted the undersigned and explained that although she is still unemployed, she has reached some stability in her life and would like to resolve the outstanding warrant and the remaining obligations of her case.

3. Based upon Mrs. Gummerson's initiative in contacting the undersigned and her desire to resolve this case, the parties request that the bench warrant issued in this case be quashed.

4. The only outstanding obligations are a $10 penalty assessment and completion of the DUI and VIP classes.  Given Mrs. Gummerson's personal situation, the parties request that this Court waive the $10 penalty assessment and convert the DUI and VIP course obligations to 50 hours of community service.  This conversion will allows Mrs. Gummerson to be able to complete the

///

obligations of the Court without imposing a significant financial obligation on her and her husband (the combined total of the courses is at least $150.00).

     5. The parties further request that this Court set this matter for status check within 60 days to allow Mrs. Gummerson time to complete the 50 hours of community service.

## ORDER

     IT IS FURTHER ORDERED that the bench warrant issued on December 17, 2013, be quashed, that Mrs. Gummerson's course obligations be converted to community service, and a status hearing be set for _____August 4, 2015_____ at the hour of __1:30 p.m.

     DATED __11th__ day of May, 2015.

                             _____

                         UNITED STATES MAGISTRATE JUDGE